IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BENOISE D. WADE, )<br>)<br>Defendant. ) | 8:07CR179<br><br>**SCHEDULING ORDER** |

UPON THE JOINT ORAL MOTION OF THE Government and the Defendant,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [13] is rescheduled to **September 7, 2007** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 14th day of August, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge