FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 OCT 16  PM 2: 43

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:07CR179 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER RELEASING** |
| v. ) | **DEFENDANT FROM CUSTODY** |
| ) | |
| BENOISE D. WADE, ) | |
| ) | |
| Defendant. ) | |

The Defendant has consented to a modification of his supervised release conditions to include that he reside at CH, Inc., under a Public Law placement when a bed becomes available. The Court has been advised that a bed will be available on October 17, 2013. All parties agree to the Defendant's release.

Accordingly, IT IS ORDERED that:

1.     The United States Marshal's Service deliver the Defendant to the Roman L. Hruska Federal Courthouse in Omaha, Nebraska on the morning of October 17, 2013, and release him from there at 10:00 a.m. to the Defendant's fiance, Shelly Vincent, for immediate and direct transport to CH, Inc.

2.     The Defendant shall report directly to CH, Inc., and shall live and remain there in accordance with the program's rules and in accordance with all other conditions of his supervised release.

DATED this ____ day of _____ 2013.

BY THE COURT:

F.A. GOSSETT
United States Magistrate Judge